McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY J. HARRIS AND JAMES HARRIS ) ) | 1:04-cv-05434 AWI-SMS |
| Plaintiffs, ) ) | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) ) | |
| Defendant. ) ) | |

    Plaintiffs Dorothy J. Harris and James Harris and defendant United States stipulate, by and through the undersigned counsel, to the following revised case schedule as specified below and respectfully request that the Court so approve.

    Good cause exists in support of this stipulation. Although the parties have already commenced with depositions and the exchange of written discovery, a continued discovery deadline is necessitated because: (1) plaintiffs' counsel will be significantly leveraged on other matters over the course of the next few months and is therefore unable to participate in depositions in September 2005 or October 2005; (2) new counsel at the U.S. Attorney's Office was assigned to this case (and others)

this past March, and a continuance is necessary in order for counsel to avoid unnecessary and potentially problematic overlapping deadlines relating to both this case and others whose scheduling orders precede his initial appearance in the action. In fact, defendant's counsel's calendar regarding inherited cases is particularly impacted in September 2005; (3) all parties seek and wish to complete additional discovery prior to participating in a formal settlement conference, and further wish to approach settlement fully able to advise the Court of all necessary underlying facts and issues relating to this action; and (4) the parties wish to preserve the order of deadlines/pre-trial dates as set forth in the Court's September 15, 2004 Scheduling Conference Order.

Based on the above, the parties hereby stipulate to the continuance of this action's case schedule as specified below. The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Plaintiff's Expert Disclosure Deadline | August 5, 2005 | **September 30, 2005** |
| Defendant's Expert Disclosure Deadline | August 26, 2005 | **October 21, 2005** |
| Supplemental Expert Disclosure Deadline | September 16, 2005 | **November 11, 2005** |
| Discovery Deadlines: |  |  |
| Non-Expert | August 19, 2005 | **October 14, 2005** |
| Expert | October 7, 2005 | **December 2, 2005** |

2

| | | | |
|---|---|---|---|
| Non-Dispositive Motion Filing Deadline | September 16, 2005 | | **November 11, 2005** |
| Dispositive Motion Filing Deadline | October 21, 2005 | | **December 16, 2005** |
| *Settlement Conference | September 8, 2005 2:00 p.m. | | **December 5, 2005** |
| *Pre-Trial Conference | December 2, 2005 (8:30 a.m., AWI) | | **March 10, 2006** |
| *Trial Date | January 17, 2006 (Ctrm. 3; 5 days) | | **April 18, 2006** |

*Note: dates below.
///

Dated: July 12, 2005.                    July 12, 2005

                  Respectfully submitted,

Law Offices of Martin M. Berman         McGREGOR W. SCOTT
                                         United States Attorney


/s/ Martin M. Berman (as auth. 7/12/05)   /s/ Brian W. Enos
MARTIN M. BERMAN                          BRIAN W. ENOS
Attorneys for                             Attorneys for
Plaintiffs Dorothy and                    United States of America
James Harris


*Note: dates above and below counsel signatures.

| | | |
|---|---|---|
| Settlement Conference Date | September 8, 2005 (2:00 p.m., SMS) | **December 5, 2005** |
| Pre-Trial Conference | December 2, 2005 (8:30 a.m., AWI) | **March 10, 2006** |
| Trial Date | January 17, 2006 (Ctrm. 3; 5 days) | **April 18, 2006** |

IT IS SO ORDERED.

**Dated:   August 8, 2005**                    **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE

3