McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY J. HARRIS AND JAMES HARRIS<br>          Plaintiffs,<br>    v.<br>UNITED STATES OF AMERICA,<br>          Defendant. | 1:04-cv-05434 AWI-SMS<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

    Plaintiffs Dorothy J. Harris and James Harris and defendant United States stipulate, by and through the undersigned counsel, to the following revised expert disclosure and settlement conference dates, and respectfully request that the Court so approve.  Additionally, the parties stipulate herein to the examination of plaintiff Dorothy J. Harris by defendant's experts pursuant to Fed. R. Civ. P. 35.  Other than as set forth below, the parties do not seek to modify the case deadlines in this matter.

|  | Old Date | **New Date** |
|---|---|---|
| Plaintiff's Expert Disclosure Deadline | Nov. 11, 2005 | **Dec. 9, 2005** |
| Rule 35 Examination of Plaintiff Dorothy J. Harris |  | **Dec. 14, 2005 at 1:00pm in Fresno** |
| Defendant's Expert Disclosure Deadline | Dec. 2, 2005 | **Jan. 10, 2006** |
| Supplemental Expert Disclosure Deadline | Dec. 30, 2005 | **Jan. 24, 2006** |
| Settlement Conference Date | Dec. 5, 2005 | **Jan. 30, 2006 at 2:00pm** (Hon. Sandra M. Snyder) |

The grounds for this stipulation are that the parties believe that it would be beneficial to have additional time for expert disclosures in this matter prior to the Settlement Conference.

Dated:   November 16, 2005.

Respectfully submitted,

| Law Offices of Martin M. Berman | McGREGOR W. SCOTT United States Attorney |
|---|---|
| Martin M. Berman/s | /s/Brian W. Enos |
| _____ | _____ |
| MARTIN M. BERMAN Attorneys for Plaintiffs Dorothy and James Harris | BRIAN W. ENOS Attorneys for United States of America |

IT IS SO ORDERED.

**Dated:   November 17, 2005**          /s/ Sandra M. Snyder
icido3                                                 UNITED STATES MAGISTRATE JUDGE

2