```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4058
Facsimile: (559) 497-4099
```

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOROTHY J. HARRIS AND JAMES HARRIS,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 1:04-cv-5434 AWI/SMS<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

    Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

    **IT IS SO STIPULATED**.

Dated: March <u>10,  </u>, 2006        MARTIN M. BERMAN,
                                                         A Law Corporation

                                                         /s/Martin M. Berman
                                                         MARTIN M. BERMAN, Esq.
                                                         JEANNE ANNE STEFFIN, Esq.
                                                         Attorneys for Plaintiffs

///

///

| | |
|---|---|
| Dated: April 13, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/Brian W. Enos<br>BRIAN W. ENOS<br>Assistant U.S. Attorney<br>Attorneys for Defendant<br>United States of America |

## **ORDER OF DISMISSAL**

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all

1  parties who have made an appearance, this case has terminated.
2  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466;
3  Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139;
4  Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at
5  692.
6      Therefore, IT IS HEREBY ORDERED that this action is
   DISMISSED and the Clerk of the Court is DIRECTED to close this
7  case in light of the parties' filed and signed Rule 41(a)(1)(ii)
8  Stipulation For Dismissal With Prejudice.

10  IT IS SO ORDERED.

11  **Dated:   April 14, 2006**                    **/s/ Anthony W. Ishii**
    0m8i78                                          UNITED STATES DISTRICT JUDGE